

# In The
# Court of Appeals
# Sixth Appellate District of Texas at Texarkana

_____

No. 06-13-00097-CV

_____

IN THE INTEREST OF Z.W. AND B.D., CHILDREN

On Appeal from the 196th District Court
Hunt County, Texas
Trial Court No. 78,887

Before Morriss, C.J., Carter and Moseley, JJ.
Memorandum Opinion by Justice Carter

# MEMORANDUM OPINION

Chelsea Mosley, appellant, has filed a motion seeking to dismiss her appeal. Pursuant to Rule 42.1(a)(1) of the Texas Rules of Appellate Procedure, the motion is granted. *See* TEX. R. APP. P. 42.1(a)(1).

We dismiss this appeal.

Jack Carter
Justice

Date Submitted:     October 16, 2013
Date Decided:       October 17, 2013